# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2171
LT Case No. 2022-DR-003222-A

_____

EKATERINA BATHON,

    Appellant,

    v.

MARC BATHON,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Michael G. Takac, Judge.

Ekaterina Bathon, Winter Garden, pro se.

No Appearance for Appellee.

July 28, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____